```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                  07-CV-3230(JMR/SRN)
```

```
JAS                                )
                                   )
         v.                        )      ORDER
                                   )
Michael J. Astrue, Commissioner    )
of Social Security                 )
```

On September 21, 2007, the Honorable Susan R. Nelson, United States Magistrate Judge, issued a Report and Recommendation in this case [Docket No. 10]. Neither party filed objections to the Report pursuant to Local Rule 72.1(c)(2).

Accordingly, IT IS ORDERED that:

1. The Commissioner's motion to remand [Docket No. 6] is granted.

2. Pursuant to sentence six of 42 U.S.C. § 405(g), this case is remanded to the Commissioner for further administrative action.

Dated:  October 22, 2007

<pre>
                          S/ James M. Rosenbaum
                          JAMES M. ROSENBAUM
                          United States Chief District Judge
</pre>